RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/13/06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

Frank L. McCall, Jr.             Civil Action No. 05-1881

versus            Judge Tucker L. Melançon

Mary L. Landrieu, et al            Magistrate Judge C. Michael Hill

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record and the written objections filed herein, this Court concludes that the Report and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein. Accordingly,

IT IS ORDERED that the Motion for Summary Judgment [Rec. Doc. 9] is GRANTED, and that this civil action be DISMISSED WITH PREJUDICE.

Thus done and signed this 10th day of March, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
United States District Judge

COPY SENT
DATE 3/13/06
BY
TO